JAN 20 2026 PM12:31
FILED - USDC - FLMD - TPA

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| ANNA PINNEY | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: |
| | )          JLB |
| | )   8:25-CV-01478-~~MSS~~-NHA |
| EXPERIAN INFORMATION SOLUTIONS | ) |
| INC.; TRANSUNION LLC.; EQUIFAX | ) |
| INFORMATION SERVICES LLC., | ) |
| **Defendants**. | ) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT

## TRANSUNION LLC

COMES NOW, Plaintiff Anna Pinney, proceeding **pro se**, respectfully moves this

Honorable Court for an Order compelling Defendant TransUnion LLC ("TransUnion") to

respond fully and without objection to Plaintiff's properly served discovery requests. In support

thereof, Plaintiff states as follows:

### I. INTRODUCTION

This Motion arises from Defendant TransUnion LLC's complete failure to respond to

Plaintiff's First Set of Requests for Admission, First Set of Requests for Production of

Documents, and First Set of Interrogatories, all of which were properly served by email and U.S.

Mail.

Despite the passage of the deadlines imposed by the Federal Rules of Civil Procedure, TransUnion has served no responses, no objections, and no requests for extension. TransUnion's silence has obstructed discovery and prejudiced Plaintiff's ability to prosecute this Fair Credit Reporting Act ("FCRA") action.

## II. FACTUAL BACKGROUND

1. Plaintiff commenced this action alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

2. On November 21, 2025, Plaintiff served Defendant TransUnion LLC with the following discovery requests:

   - Plaintiff's First Set of Requests for Admission (Fed. R. Civ. P. 36);
   - Plaintiff's First Set of Requests for Production of Documents (Fed. R. Civ. P. 34); and
   - Plaintiff's First Set of Interrogatories (Fed. R. Civ. P. 33).

3. Under the Federal Rules of Civil Procedure:

   - Responses to Requests for Admission were due within 30 days (Rule 36(a)(3));
   - Responses to Interrogatories and Requests for Production were due within 30 days (Rules 33(b)(2) and 34(b)(2)(A)).

4. TransUnion has failed to respond in any manner to any of Plaintiff's discovery requests.

5. As of the filing of this Motion, TransUnion has:

   - Not served answers or objections;
   - Not requested an extension;
   - Not produced a single document;
   - Not denied or admitted any Request for Admission.

## III. ARGUMENT

6. Defendant's failure to respond violates Rules 33, 34, and 36 of the Federal Rules of Civil Procedure.

7. Under Rule 37(a), the Court may compel discovery where a party fails to respond.

8. Under Rule 36(a)(3), Defendant's failure to respond to Requests for Admission results in those requests being deemed admitted by operation of law.

9. Defendant's complete non-response has prejudiced Plaintiff and obstructed discovery.

## IV. RELIEF

WHEREFORE, Plaintiff Anna Pinney respectfully requests that this Court:

A. Grant this Motion to Compel Discovery against Defendant TransUnion LLC;

B. Order Defendant TransUnion LLC to provide full and complete responses, without objection, to:

- Plaintiff's First Set of Interrogatories; and
- Plaintiff's First Set of Requests for Production of Documents;

C. Deem Plaintiff's First Set of Requests for Admission admitted pursuant to Rule 36(a)(3), or alternatively order Defendant to respond within seven (7) days;

D. Granting such other and further relief as this Court deems just and proper.

Date: January 19, 2026

Respectfully submitted,

Anna Pinney
Paid to the UNITED STATES TREASURY
without Recourse, Reserving all Rights
PO Box 3161,
Brandon, FL 33509-3161
anna.pinney@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on January 19, 2026, I filed the foregoing PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT TRANSUNION LLC by regular US mail, by facsimile, or certified mail, return receipt requested, to the following parties or attorneys of record.

Alexandria Epps, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone (214) 560-5463
Fax: (214) 871-2111
Email: aepps@qslwm.com
*Counsel for Defendant TransUnion LLC*